# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-0162
LT Case No. 2023-100163-CFDL

_____

ALTRAVIOUS A. HOLMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss and
Judson Searcy, Assistant Public Defenders, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, Mitchell Sanders,
Assistant Attorney General, Daytona Beach, for Appellee.

April 30, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____